FILING FEE PAID
In Forma Pauperis
Clarence Maddox, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 02-60478 CIV-JORDAN/BROWN

NIGHT BOX FILED
MAY 29 2003
CLARENCE MADDOX
CLERK, USDC / SDFL / MIA

ALEXANDER S. ORENSHTEYN
    Plaintiff,

v.

CITRIX SYSTEMS, INC.
    Defendant.

_____/

### PLAINTIFF'S NOTICE OF APPEAL

Notice is hereby given that the PLAINTIFF ALEXANDER S. ORENSHTEYN in the above named case hereby appeals to the **UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT** from the ORDER GRANTING SUMMARY JUDGMENT and from the FINAL JUDGMENT, both entered in this action on May 20, 2003.

    PLAINTIFF ALEXANDER S. ORENSHTEYN
    Respectfully submitted,

    David Fink (pro hac vice)
    Timothy W. Johnson (pro hac vice)
    7519 Apache Plume
    Houston, TX 77071
    Tel: (713) 729-4991
    Fax: (713) 729-4951
    e-mail: litigation@houston.rr.com
    Attorneys for the Plaintiff

## CERTIFICATE OF SERVICE

    I certify that a true and correct copy of the foregoing was served by first class prepaid postage U.S. Mail on May 28, 2003, on the following individuals:

Douglas J. Kline, Esq.
Gary M. Grossman, Esq.
Testa, Hurwitz & Thibeault, L.L.P.
125 High Street
Boston, MA 02110
Tel: (617) 248-7324
Fax: (617) 248-7100
Counsel for Defendant Citrix Systems, Inc.

Timothy W. Johnson