UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

MIAMI DIVISION

CASE NO. 02-60478-CIV-JORDAN

| | |
|---|---|
| ALEXANDER S. ORENSHTEYN | ) |
| Plaintiff | ) |
| vs. | ) |
| CITRIX SYSTEMS, INC. | ) |
| Defendant | ) |

### ORDER

The motions of Alexander Orenshteyn, David Fink, and Timothy W. Johnson to stay and waive supersedeas bond [D.E. 268, 276] are GRANTED IN PART.

Enforcement of the judgment against Mr. Orenshteyn, Mr. Fink, and Mr. Johnson will be stayed pending appeal. Pursuant to Rule 62(d) of the Federal Rules of Civil Procedure, however, this stay will not take effect until Mr. Orenshteyn, Mr. Fink, and Mr. Johnson post a supersedeas bond in the amount of $755,663.17. Mr. Orenshteyn, Mr. Fink, and Mr. Johnson have until September 15, 2008 to post the required bond.

I understand that Mr. Fink has commendably offered to secure the stay with his IRA account. But I agree with Citrix that this unconventional arrangement would unnecessarily complicate these proceedings and jeopardize Citrix's ability to recover for any potential loss caused by the stay.

DONE and ORDERED in chambers in Miami, Florida, this 14th day of August, 2008.

_____
Adalberto Jordan
United States District Judge

Copy to:   All counsel of record
           Alexander S. Orenshteyn, 55 Adams St., Westborough, MA 01581