UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

MIAMI DIVISION

CASE NO. 02-60478-CIV-JORDAN

| | |
|---|---|
| ALEXANDER S. ORENSHTEYN, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) ) |
| CITRIX SYSTEMS, INC., | ) ) |
| Defendant. | ) ) |

### ORDER

By September 19, 2008, Citrix must file a response to Mr. Orenshteyn's motion for reconsideration [D.E. 287]. In its memorandum, Citrix should address the effect, if any, of the Eleventh Circuit's recent decision in *In Re Walker*, 532 F.3d 1304, 1308 (11th Cir. 2008) on this case. Citrix should also respond to Mr. Orenshteyn's multiple filings contending that a ruling on Citrix's seemingly abandoned counterclaim is necessary. In particular, Citrix should state whether it is abandoning its counterclaim with prejudice.

DONE and ORDERED in chambers in Miami, Florida, this 9th day of September, 2008.

*Adalberto Jordan*
Adalberto Jordan
United States District Judge

Copy to:   All counsel of record
           Alexander S. Orenshteyn, 55 Adams St., Westborough, MA 01581