

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 02-60478-CIV-ZLOCH

ALEXANDER S. ORENSHTEYN
        Plaintiff,

v.

CITRIX SYSTEMS, INC.
        Defendant.
_____/

### SANCTIONED ATTORNEYS', DAVID FINK AND TIMOTHY W. JOHNSON, NOTICE OF APPEAL

Notice is hereby given that Attorney's David Fink and Timothy W. Johnson ("Sanctioned Attorneys") hereby appeal to the **UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT** from the Order dated September 30, 2010 (entered into the docket on October 1, 2010) (Docket Entry #'s 350 & 351), and the order dated September 26, 2014 (Docket Entry #409), awarding sanctions to Defendant Citrix Systems, Inc. against the Sanctioned Attorneys.

                                                                                          Respectfully submitted,

_/s/ David Fink with permission_                                             _____
David Fink                                                                       Timothy W. Johnson
7519 Apache Plume                                                      7519 Apache Plume
Houston, TX 77071                                                      Houston, TX 77071
(713) 729-4991                                                            (713) 729-4991

1

## CERTIFICATE OF SERVICE

      I certify that a true and correct copy of the foregoing Motion and Memorandum of Law were served by first class prepaid postage U.S. Mail on October 9, 2014, on the following individuals:

Barry Oliver Chase
21 SE First Avenue, Suite 700
Miami, FL 33131
Attorney for Alexander Orenshteyn

J. Raul Cosio
Holland & Knight
701 Brickel Avenue, Suite 3000
Miami, FL 33131

                                                Timothy W. Johnson